AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
## SOUTHERN DISTRICT OF MISSISSIPPI

PENISHA MCCULLOM, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CLEVELAND ALLISON )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:25cv951-DPJ-ASH
)
HINDS COUNTY, MISSISSIPPI, QCHC INC, QCHC OF MISSISSIPPI, LLC, and JOHN and JANE DOES 1-100 )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* QCHC of MISSISSIPPI, LLC
c/o INCORP SERVICES, INC., Registered Agent
302 Enterprise Drive, Suite A
Oxford, Mississippi 38655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AAFRAM Y. SELLERS
SELLERS & ASSOCIATES, PLLC
395 Edgewood Terrace Drive
Jackson, Mississippi 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: DEC 09 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25cv951-DPJ-ASH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Reed Martz, who is designated by law to accept service of process on behalf of *(name of organization)* Qchc Inc on *(date)* 2/2/2026 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/2/2026

*Server's signature*

Kirk Manuel
*Printed name and title*
Process Server

*Server's address*
429 E Commerce suite 310
Hernando MS 38632

Additional information regarding attempted service, etc: